# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | Chapter: | 7 |
| | ) | | |
| DEBRA S. WOLFF, | ) | Case No.: | 05-10616 |
| | ) | | |
| Debtor. | ) | Judge: | Hon. Manuel Barbosa |

### ORDER DISALLOWING CLAIM NO. 6 OF GEORGE AND LOUISE WOLFF

This cause coming to be heard on Trustee's Objection to the claim of George and Louise Wolff, the Court having found that proper and adequate notice of the Objection was given to parties in interest and thereby being fully advised in the premises, it is hereby found and thereby

**IT IS HEREBY ORDERED** that the Proof of Claim designated by the Clerk of the U.S. Bankruptcy Court as claim no. 6, filed on July 12, 2006 by George and Louise Wolff is a duplicate of Claim No. 5, and hereby is DISALLOWED in its entirety.

.

**DATED:**_____            **ENTERED**_____
                                                                    Honorable Manuel Barbosa
                                                                    United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**
Name of Presiding Judge, Honorable **Manuel Barbosa**

**Cause No.**     **05-10616**                         **Date**    **November 30, 2006**

**Title of Cause**     **Debra S. Wolff**

**Brief Statement Of Motion**     **TRUSTEE'S OBJECTION TO CLAIM NO. 6 OF GEORGE AND LOUISE WOLFF**

The rules of this court require counsel to furnish the names of all parties entitled to notice of the entry of an order and the names and addresses of their attorneys. Please do this immediately below (separate lists may be appended).

**Names and Addresses of Moving counsel**

**THOMAS E. SPRINGER, TRUSTEE**
**SPRINGER, BROWN, COVEY, GAERTNER, & DAVIS, LLC**
**400 S. COUNTY FARM ROAD, STE. 330**
**WHEATON, ILLINOIS 60187**
**630-510-0000**

**Representing**

**Names and Addresses of Other counsel Entitled to Notice and names Of parties they Represent**

**SEE ATTACHED SERVICE LIST**

**Reserve space below for notations by Courtroom Deputy**

**Hand this memorandum to the Courtroom Deputy.**
**Counsel will not rise to address the Court until motion has been called.**