UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| WOLFF, DEBRA S | ) | CASE NO. 05-10616-MB |
| | ) | |
| Debtor. | ) | Hon. Manuel Barbosa |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: Old Kane County Courthouse, 100 S. Third St., Room 140, Geneva, Illinois 60134

    On: **May 24, 2007**       Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $22,117.93 |
    | Disbursements | $2,948.46 |
    | Net Cash Available for Distribution | $19,169.47 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---:|---:|---:|
    | THOMAS E. SPRINGER, TRUSTEE | $0.00 | $2,961.79 | $0.00 |
    | THOMAS E. SPRINGER, Trustee Attorney | $2,948.46 | $0.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: N/A

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00% .

Allowed priority claims are: N/A

7. Claims of general unsecured creditors totaling $36,161.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 44.82% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | CHASEMANHTTNBANKUSA,NA  AS SUCCESSOR | $13,590.84 | $6,091.45 |
| 4 | KOHL'S DEPARTMENT STORE | $570.64 | $255.76 |
| 5 | GEORGE AND LOUISE WOLFF | $22,000.00 | $9,860.47 |

8. Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| 2455 Daybreak Court, Elgin Ill | $184,000.00 |
| Bank One Checking | $100.00 |
| Misc Furniture and Appliances | $1,500.00 |
| Wearing Apparel | $200.00 |
| IRA Retirement | $1,200.00 |
| Vore Beaute MedSpa | $0.00 |

Dated: **April 27, 2007**

For the Court,

By:   **KENNETH S GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

| | |
|---|---|
| Trustee: | Thomas E. Springer |
| Address: | 400 S. County Farm Road |
| | Suite 330 |
| | Wheaton, IL  60187 |
| Phone No.: | (630) 510-0000 |

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

0616   Doc 30   Filed 04/27/07   Entered 04/29/07 23:32:51   Desc Imaged
Certificate of Service   Page 3 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2              Date Rcvd: Apr 27, 2007
Case: 05-10616                 Form ID: pdf002              Total Served: 65

The following entities were served by first class mail on Apr 29, 2007.
db        +Debra S Wolff,    2455 Daybreak Court,    Elgin, IL 60123-8847
aty       +James A Young,    James A Young & Associates, Ltd.,    47 DuPage Court,   Elgin, IL 60120-6421
tr        +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
            Suite 330,   Wheaton, IL 60187-4547
9079831   +528 S. Main Street,    Akron, OH 44311-1058
9079857   +725 S. Wells St., Suite 700,    Chicago, IL 60607-4578
9079824   +Amcore Bank,    501 Seventh St.,    Rockford, IL 61104-1299
9423202   +American General Finance,    c/o Weinstein & Riley, P.S.,    2101 4th Ave, Ste 900,
            Seattle, WA 98121-2339,    (877) 332-3543
9079825   +American General Finance,    160 East Golf Road,   Suite 10,   Schaumburg, IL 60173-3701
9079827    Associated Imaging Specialists,    1121 Lake Cook Rd.,    Suite M,   Deerfield, IL 60015-5234
9079828   +Bank One,    PO Box 15153,    Wilmington, DE 19886-5153
9079829   +Bank One,    P.O Box 901008,    Fort Worth, TX 76101-2008
9079832    Bank One SBA Loan,    PO Box 26061,    Baton Rouge, LA 70826
9079833    Bay Furniture,    PO Box 3212,    Evansville, IN 47731-3212
9079834   +Candella Corp,    530 Boston,    Wayland, MA 01778
9079835   +Capital One,    PO Box 34631,    Seattle, WA 98124-1631
9079837   +Chase,    P.O. Box 52188,    Phoenix, AZ 85072-2188
9079836   +Chase,    PO Box 15902,    Wilmington, DE 19850-5902
9079838    Childrens Memorial Hospital,    Suite 92611,    75 Remittance Dr.,   Chicago, IL 60675-2611
9079823   +City of Elgin,    150 Dexter Ct.,    Elgin, IL 60120-5555
9079839    City of Elgin,    150 Dexter Court,    Elgin, IL 60120-5555
9079840   +Clipper Magazine,    3708 Hempland Rd,    Mountville, PA 17554-1542
9079841    Comcast,    P.O Box 173885,    Denver, CO 80217-3885
9079842    Commonwealth Edison,    Bill Payment Center,    Elgin, IL 60123
9079843   +D & D,    1469 S Blackhawk Circle,    South Elgin, IL 60177-2989
9079844   +Delnor Community Hospital,    300 Randall Rd.,    Geneva, IL 60134-4202
9079845   +Direct Bill Services,    160 Water Rd. 19th Floor,    New York, NY 10038-5031
9079847   +Federal Express,    PO Box 94515,    Palatine, IL 60094-4515
9079848   +Fox Valley Childrens Medicine,    1180  W Wilson,    Batavia, IL 60510-7611
10753523  +George and Louise Wolff,    640 Forest Ave,    Elgin IL 60120-4405
9079852   +Henry Schein,    135 Duryea Rd,    Melville, NY 11747-3834
9079853   +Kohl’s Department Store,    C/O Creditors Bankruptcy Service,    P O BOX 740933,
            Dallas, TX 75374-0933
9079854   +Law Office of Phillip J. Rotche,    & Associates,    320 S. Westmore,   Lombard, IL 60148-3024
9079855   +McLeod USA,    P.O. Box 3243,    Milwaukee, WI 53201-3243
9079858   +Medical Recovery Specialists,    2200 E. Devon,   Suite 288,   Des Plaines, IL 60018-4501
9079859   +Michael Shaperio,    75 Market St.,    Elgin, IL 60123-5093
9079860   +Muzak,    655 W Grand # 350,    Elmhurst, IL 60126-1067
9079861   +Nextel,    PO Box 4191,    Carol Stream, IL 60197-4191
9079863   +Othopedic and Spine,    2350 Royal Blvd,    Suite 200,   Elgin, IL 60123-4718
9079885    PO Box 740604,    Cincinnati, OH 45274-0604
9079851    PO Box 88335 Dept 2045,    Carol Stream, IL 60188-0335
9079864   +Patrick Connor,    P.O. Box 808,    Grand Rapids, MI 49518-0808
9079865   +Patrick Connor MD,    PO Box 1485,    Elgin, IL 60121-1485
9079866   +Procyte,    PO Box 808,    Redmond, WA 98073-0808
9079867   +Provena,    77 North Airlite,    Elgin, IL 60123-4912
9079868    Provena Saint Joseph Hopital,    75 Remittance Dr.,    Suite 1174,   Chicago, IL 60675-1174
9079869   +R.J. Manietta CPA,    1770 N. Park St. Suite 103,    Naperville, IL 60563-5426
9079870   +Ressurection Health Care,    100 North River Rd,    Des Plaines, IL 60016-1209
9079871   +Ronald B. Bukowy,    302 Randall Rd. #104 A,    Geneva, IL 60134-4209
9079872   +SBC,    Bill Payment Center,    Chicago, IL 60663-0001
9079873   +SBC Ameritech,    Bill Payment Center,    Chicago, IL 60663-0001
9079874    Sherman Hospital,    Mail Processing Cneter,    PO Box 739,   Moline, IL 61266-0739
9079875   +Skin Systems,    119R Foster St.,    Peabody, MA 01960-5975
9079876   +Sterling National Bank,    500 Seventh Ave.,    New York, NY 10018-4502
9079877   +Suburban Focus,    PO Box 2517,    Darien, IL 60561-7517
9079878   +Suburban Newspapers,    3101 Route 30,    Plainfield, IL 60544-9604
9079879   +Toll Test,    1915 N. 12th St.,    Toledo, OH 43604-5355
9079880   +Tri-City Radiology,    9410 Compubill Dr.,    Orland Park, IL 60462-2627
9079881   +Uni-Tel,    47 E. Chicago Ave. Suite 328,    Naperville, IL 60540-5360
9079882   +United Readers,    PO Box 1109,    Canonsburg, PA 15317-4109
9079883   +Van Ru Credit,    150 S. Sunnyslope Rd.,    Suite 108,   Brookfield, WI 53005-6461
9079886    Washington Mutual,    P.O. Box 4724,    San Antonio, TX 78265
9356943   +eCast Settlement Corp,    P O box 35480,    Newark NJ 07193-5480

The following entities were served by electronic transmission on Apr 28, 2007.
9079826   +Fax: 800-208-8123 Apr 28 2007 09:11:25      American General Finance,   Payment Processing Cente,
            P.O. Box 4182,   Carol Stream, IL 60197-4182
9079846   +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 28 2007 09:15:08      Discover,   PO Box 30395,
            Salt Lake City, UT 84130-0395
9079862   +E-mail/Text: bankrup@nicor.com                             Nicor,    Bankruptcy Dept.,   P.O. Box 2020,
            Aurora, IL 60507-2020
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Springer, Brown, Covey, Gaertner & Davis LLC
aty          Thomas E Springer
9079830      Bank One NA Business Banking
9079849      Grange Mutual Insurnace
9079850      Greater Elgin Emergency Specialist
9079856      Medical Collections System Inc
9079884      Vantage Insurance Group
```

```
District/off: 0752-1         User: amcc7              Page 2 of 2             Date Rcvd: Apr 27, 2007
Case: 05-10616               Form ID: pdf002          Total Served: 65

aty*         +Thomas E Springer,   Springer, Brown, Covey, Gaertner & Davis,   400 South County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
cr*           eCAST Settlement Corporation,   P.O. Box 35480,   Newark, NJ  07193-5480
                                                                                        TOTALS: 7, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 29, 2007**                **Signature:**   *Joseph Speetjens*