UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| WOLFF, DEBRA S | ) | CASE NO. 05-10616-MB |
| | ) | |
| Debtor. | ) | Hon. Manuel Barbosa |

### ORDER AWARDING TRUSTEE COMPENSATION AND EXPENSES

**THIS MATTER BEING HEARD** on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

**IT IS HEREBY ORDERED** that the Trustee's compensation and expenses are allowed as follows;

1. Trustee's compensation          $2,961.79
2. Trustee's expenses              $0.00

                          TOTAL    $2,961.79

**IT IS FURTHER ORDERED** that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED:_____        ENTERED:

MAY 24 2007

_____
Honorable Manuel Barbosa
United States Bankruptcy Judge